# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

JAMES GUASTAFERRO and MARY GRISWOLD
        Plaintiff,

v.

OCEAN COURTS. BERKLEY POLICE DEPARTMENT
SEP. ROBERT SMITH, BOB PERKLEY, JOE DEMICHLE
AND MIKE DEMICHLE
        Defendants.

ORDER ON APPLICATION
TO PROCEED WITHOUT
PREPAYMENT OF FEES

Case Number: 08-6022 (FLW)

**RECEIVED**

APR 28 2009

AT 8:30_____M
WILLIAM T. WALSH
CLERK

Having considered the application to proceed without prepayment of fees under 28 U.S.C.§ 1915;

IT IS ORDERED that the application is:

☒ GRANTED, as to James Guastaferro ONLY and

    ☒ The Clerk is directed to file the complaint, and

    ☐ IT IS FURTHER ORDERED that the clerk issue summons and the United States Marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☒ DENIED, for the following reasons:
    As to Mary Griswold who never submitted a request for IFP status. In addition this plaintiff is dismissed since she never signed the original complaint.

☒ and the Clerk is directed to close the file. The complaint is dismissed without prejudice since plaintiff Guastaferro has failed to delineate the basis for federal jurisdiction.

Plaintiff may submit a filing fee of $350.00 within 30 days from the date of this order to reopen this case.

ENTERED this __27th__ day of __April__, 2009

_____
Signature of Judicial Officer

FREDA L. WOLFSON, U.S.D.J.
Name and Title of Judicial Officer